Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No.  1:13-cv-00152-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| LA CONTENTA INVESTORS, A CALIFORNIA LIMITED PARTNERSHIP, dba LA CONTENTA GOLF CLUB BAR & GRILL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendant La Contenta Investors, a California limited partnership, dba La Contenta Golf Club Bar & Grill, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: August 23, 2013                                    MOORE LAW FIRM, P.C.


                                                        */s/ Tanya E. Moore*
                                                        Tanya E. Moore
                                                        Attorneys for Plaintiff
                                                        Robert Kalani

STIPULATION FOR DISMISSAL OF ACTION; ORDER

Page 1

Date: August 23, 2013                         VAUGHAN & ASSOCIATES

                                              */s/ Cris C. Vaughan*
                                              Cris C. Vaughan
                                              Attorneys for Defendant
                                              La Contenta Investors, a California limited
                                              partnership, dba La Contenta Golf Club Bar &
                                              Grill

**ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **August 23, 2013**                        /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE